# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinotti, Brian R. | U.S. District Court, District of New Jersey | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Clarkson S. Fisher Courthouse
402 East State Street
Trenton, NJ 08608

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Chair | Emory University School of Law/Institute for Complex Litigation and Mass Claims Working Group |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | NJ Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | NJ State Defined Benefit Pension | $54,622.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Board of Education, Cliffside Park - Salary |
| 2. 2020 | Borough of Cliffside Park - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Chase Bank (cash) | A | Interest | K | T | | | | | |
| 3.   Connect One Bank (cash) | A | Interest | L | T | | | | | |
| 4.   Bank of New Jersey Common Stock | A | Int./Div. | | | Sold | 03/30/20 | K | | |
| 5.   Bank of New York Common Stock | A | Int./Div. | L | T | | | | | |
| 6.   Gillette Stock | A | Dividend | K | T | | | | | |
| 7.   Mattel Stock | A | Dividend | J | T | | | | | |
| 8.   Met Life Stock | A | Dividend | J | T | | | | | |
| 9.   Newell Rubbermaid Stock | A | Dividend | J | T | | | | | |
| 10.   Stanley Black and Decker Stock | A | Dividend | J | T | | | | | |
| 11.   Account #1 (H) | | | | | | | | | |
| 12.   Bank of America, NA RASP (cash) | A | Interest | K | T | | | | | |
| 13.   Apple Common Stock (AAPL) | A | Dividend | L | T | | | | | |
| 14.   Dis Steps Issuer RBC (MLXAP) | | None | K | T | Buy | 12/31/20 | J | | |
| 15.   Dunkin' Brands Stock (DNKN) | A | Dividend | | | Sold | 12/18/20 | K | E | |
| 16.   Facebook Stock (FB) | | None | J | T | | | | | |
| 17.   General Electric Stock (GE) | A | Dividend | | | Sold | 08/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | New York Community Bancorp ▮▮▮▮▮▮ | A | Dividend | | | Sold | 08/26/20 | J | | |
| 19. | SP500 CLIRNS Issuer BNS (MLVMG) | | None | | | Redeemed | 12/31/20 | L | E | |
| 20. | SP500 CLIRNS Issuer Barc (MLWFS) | | None | K | T | Buy | 12/31/20 | J | | |
| 21. | American Funds Fundamental Investors Class A (ANCFX) | A | Dividend | K | T | | | | | |
| 22. | American Funds Income Fund of America Class A (AMECX) | A | Dividend | J | T | | | | | |
| 23. | Columbia Dividend Income Fund Class B (LBSAX) | A | Dividend | K | T | | | | | |
| 24. | Invesco QQQ Tr Ser 1 (QQQ) | A | Dividend | K | T | Buy | 08/26/20 | K | | |
| 25. | | | | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 26. | Ivy Large Cap Growth Fund CL A (WLGAX) | B | Dividend | K | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 27. | Ivy Large Cap Growth Fund CL B (WLGBX) | | None | | | Sold | 03/11/20 | J | | |
| 28. | Lord Abbett Value Opportunities Fund Class A (LVOAX) | | None | | | Sold | 08/26/20 | J | | |
| 29. | Account #2 (H) | | | | | | | | | |
| 30. | Abbott Labs (ABT) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 31. | Air Products & Chem (APD) (X) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 32. | Alphabet Inc Shs Cl A (GOOGL) | | None | J | T | Buy | 08/25/20 | J | | |
| 33. | Amazon Com Inc Com (AMZN) | | None | J | T | Buy | 08/25/20 | J | | |
| 34. | American Tower Reit Inc (AMT) | A | Dividend | J | T | Buy | 08/25/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Amgen Inc Com (AMGN) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 36. AMN Elec Power Co (AEP) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 37. Anthem Inc (ANTM) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 38. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 39. AT&T Inc (T) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 40. Ball Corp Com (BLL) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 41. Blackstone Group Inc Com (BX) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 42. Blackrock Inc (BLK) (X) | A | Dividend | J | T | Sold<br>(part) | 08/25/20 | J | A | |
| 43. Broadcom Ltd (AVGO) | A | Dividend | | | Sold | 08/25/20 | J | B | |
| 44. Capital One Financial (COF) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 45. Caterpillar Inc Del (CAT) (Y) | | | | | | | | | |
| 46. Chevron Corp (CVX) | A | Dividend | J | T | Sold | 01/06/20 | J | A | |
| 47. | | | | | Buy | 04/14/20 | J | | |
| 48. Chubb Ltd (CB) | | None | | | Sold | 04/27/20 | J | | |
| 49. Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | Sold<br>(part) | 05/19/20 | J | A | |
| 50. Citigroup Inc. Com NEW (C) | A | Dividend | J | T | Sold<br>(part) | 08/25/20 | J | | |
| 51. Clorox Co Del Com (CLX) | A | Dividend | | | Buy | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/25/20 | J | A | |
| 53. Coca Cola Com (KO) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 54. Constellation Brands Inc (STZ) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 55. Costco Wholesale Crp Del (COST) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 56. Crown Castle Reit Inc (CCI) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 57. CSX Corp (CSX) (X) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 58. Danaher Corp Del Com (DHR) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 59. Digital Realty TR Inc (DLR) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 60. Disney (Walt) Co Com Stk (DIS) | | None | J | T | Buy | 08/25/20 | J | | |
| 61. Eli Lilly & Co (LLY) (X) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 62. Entergy Corp New (ETR) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 63. Emerson Elec Co (EMR) (X) | A | Dividend | | | Buy (add'l) | 08/12/20 | J | | |
| 64. | | | | | Sold | 08/25/20 | J | A | |
| 65. Exxon Mobile Corp (XOM) | A | Dividend | | | Sold (part) | 03/20/20 | J | | |
| 66. | | | | | Sold | 03/23/20 | J | | |
| 67. Fifth Third Bancorp (FITB) | A | Dividend | | | Buy (add'l) | 06/10/20 | J | | |
| 68. | | | | | Sold | 08/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Fiserv Inc Wisc PV 1CT (FISV) | | None | J | T | Buy | 08/25/20 | J | | |
| 70. | Hilton Worldwide (HLT) | | None | J | T | Buy | 08/25/20 | J | | |
| 71. | Home Depot Inc. (HD) | A | Dividend | J | T | | | | | |
| 72. | Honeywell Intl Inc Del (HON) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 73. | Intel Corp (INTC) | A | Dividend | | | Buy | 05/19/20 | J | | |
| 74. | | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 75. | | | | | | Sold | 08/11/20 | J | | |
| 76. | JPMorgan Chase & Co (JPM) | A | Dividend | | | Sold<br>(part) | 08/25/20 | J | | |
| 77. | | | | | | Sold | 08/31/20 | J | | |
| 78. | Kinder Morgan Inc. Del (KMI) | A | Dividend | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 79. | | | | | | Sold | 08/25/20 | J | | |
| 80. | Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 81. | McDonalds Corp Com (MCD) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 82. | Medtronic PLC SHS (MDT) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 83. | Microchip Technology Inc (MCHP) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 84. | Microsoft Corp (MSFT) | A | Dividend | J | T | Sold<br>(part) | 06/08/20 | J | B | |
| 85. | | | | | | Buy<br>(add'l) | 08/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Nextera Energy Inc Shs (NEE) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 87.  Parker Hannifin Corp (PH) | | None | J | T | Buy | 11/12/20 | J | | |
| 88.  Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 89.  Pfizer Inc (PFE) | A | Dividend | | | Sold<br>(part) | 02/20/20 | J | A | |
| 90. | | | | | Sold | 02/21/20 | J | | |
| 91.  Procter & Gamble Co (PG) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 92.  Prologis Inc (PLD) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 93.  Prudential Financial Inc (PRU) | A | Dividend | | | Sold | 06/04/20 | J | | |
| 94.  Realty Incm Crp Md PV (REIT) (X) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 95.  Ross Stores Inc Com (ROST) | | None | J | T | Buy | 08/25/20 | J | | |
| 96.  Royal Bank Canada PV (RY) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 97.  Royal Dutch Shell PLC (RDSB) (Y) | | | | | | | | | |
| 98.  Target Corp (TGT) | A | Dividend | | | Sold<br>(part) | 08/12/20 | J | A | |
| 99. | | | | | Sold | 08/25/20 | J | B | |
| 100.  Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 101.  Toronto Dominion Bank (TD) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 102.  Truist Finl Corp (TFC) | A | Dividend | J | T | Buy<br>(add'l) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 08/25/20 | J | | |
| 104.  Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 105.  United Parcel Svc Cl B (UPS) (X) | A | Dividend | | | Sold | 08/25/20 | J | B | |
| 106.  United Techs Corp Com (UTX) (Y) | | | | | | | | | |
| 107.  V F Corporation (VFC) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 108.  Verizon Communications Com (VZ) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 109.  Visa Inc Cl A Shrs (V) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 110.  Walmart Inc (WMT) | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 111.  Zoetis Inc (ZTS) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 112.  Account #3 (H) | | | | | | | | | |
| 113.  ML Bank Deposit Program (X) | A | Interest | J | T | | | | | |
| 114.  Bank New York Mellon (BK) (X) | | None | L | T | | | | | |
| 115.  Coca-Cola Common Stock (KO) | A | Dividend | | | Sold | 06/11/20 | J | A | |
| 116.  Disney Common Stock (DIS) | A | Dividend | J | T | Sold (part) | 06/11/20 | J | A | |
| 117.  Home Depot Inc. (HD) | A | Dividend | J | T | Sold (part) | 06/11/20 | J | B | |
| 118.  Intel Stock (INTC) | A | Dividend | | | Sold | 12/15/20 | J | | |
| 119.  Peloton Interactive Inc (PTON) | | None | K | T | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/30/20 | J | C | |
| 121.  Proctor & Gamble Co (PG) (X) | A | Dividend | K | T | Sold (part) | 12/15/20 | J | D | |
| 122.  Splunk Inc (SPLK) | | None | | | Sold | 06/11/20 | J | C | |
| 123.  Stanley Black & Decker (SWK) (X) | A | Dividend | K | T | | | | | |
| 124.  Account #4 (H) | | | | | | | | | |
| 125.  ConnectOne Bank Common Stock (CNOB) | A | Dividend | J | T | | | | | |
| 126.  Sirius Stock (SIRI) | A | Dividend | J | T | Sold (part) | 08/24/20 | J | B | |
| 127.  Account #5 (H) | | | | | | | | | |
| 128.  Amazon Com Inc. Com. (AMZN) | | None | K | T | Sold (part) | 12/15/20 | K | D | |
| 129.  Account #6 (H) | | | | | | | | | |
| 130.  Alphabet Inc Shs Cl C (GOOG) | | None | K | T | Sold (part) | 06/11/20 | J | C | |
| 131.  Carrier Global Corp Reg (CARR) (X) | | None | | | Sold | 06/11/20 | J | A | |
| 132.  Nike Inc Cl B (NKE) | A | Dividend | J | T | | | | | |
| 133.  Otis Worldwide Corp Reg (OTIS) (X) | A | Dividend | | | Sold | 06/11/20 | J | A | |
| 134.  Raytheon (RTN) (X) | A | Dividend | | | Sold | 07/28/20 | J | | |
| 135.  Tesla Mtrs Inc. (TSLA) | | None | K | T | Sold (part) | 07/28/20 | J | C | |
| 136.  iShares iBoxx (LQD) | A | Dividend | J | T | Buy | 06/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  MFS Growth Fund Cl C (MFECX) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 138.  United Techs Corp Com. (UTX) | | None | | | Merged (with line 134) | 04/07/20 | J | | |
| 139.  Whirlpool Corp (WHR) | A | Dividend | | | Sold | 06/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian R. Martinotti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544